# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Ruslan Vladimirovich BELKIN

E-filing   SUMMONS IN A CIVIL CASE

CASE NUMBER:

v.

Michael Chertoff, Secretary; Emilio Gonzalez, Director; Rosemary Melville, District Director; Frank Siciliano, Field Office Director, U.S.D.H.S.

C 07 ᴛ 3428

HRL

TO: (Name and address of defendant)

Mr. Michael Chertoff
Secretary, U.S.D.H.S.
c/o Office of General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edward R. Litwin
Christina H. Lee
Litwin & Associates
1435 Huntington Ave., Ste. 336,
South San Francisco, CA 94080
tel: (650) 588-7100
fax: (650) 588-4302
email: elitwin@litwinlaw.com

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

JUN 2 9 2007
DATE

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 7/3/07 |
| Name of SERVER | TITLE |
| Lisa Teofilo | Legal Assistant |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Via certified mail.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7/3/2007
             Date

Signature of Server: *LTeofilo*

1435 Huntington Ave, Ste. 336
So. San Francisco, CA  94080
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

\* and other papers.

## CERTIFICATE OF SERVICE

I, Lisa Teofilo, declare:

That I am over the age of 18 and not a party to this action. My business address is 1435 Huntington Ave, Suite 336, South San Francisco, CA 94080.

On July 3, 2007, I served a true copy of the following document:

- Complaint and summons and other papers.

By sending said copy in a sealed envelope, with postage fully paid thereon, by first class certified mail to the following addresses:

    Michael Chertoff
    Secretary, US Department of Homeland Security
    c/o Office of the General Counsel
    U.S. Department of Homeland Security
    Washington, D.C. 20528

    Emilio T. Gonzalez
    Director, USCIS
    c/o Office of the General Counsel
    U.S. Department of Homeland Security
    Washington, D.C. 20528

    Rosemary Melville
    District Director
    c/o Office of the General Counsel
    U.S. Department of Homeland Security
    Washington, D.C. 20528

    Alberto R. Gonzalez
    U.S. Attorney General
    U.S. Department of Justice
    950 Pennsylvania Ave, NW
    Washington, D.C. 20530-0001

Certificate of Service
Ruslan Vladimirovich BELKIN, C 07 3428

Office of the U.S. Attorney
Northern District of California
ATTN: Civil Process Clerk
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102

Frank Siciliano
Field Officer Director, USCIS San Jose
c/o Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

Robert S. Mueller
Director, FBI
U.S. Department of Justice
Federal Bureau of Investigations
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-000

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 3rd day of July, 2007, at _____South San Francisco_____, California.

/s/ Lisa Teofilo
Lisa Teofilo

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

/s/
Edward R. Litwin

Certificate of Service
Ruslan Vladimirovich BELKIN, C 07 3428