1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11
   RUSLAN V. BELKIN,                    )  No. C 07-3428 HRL
12                                      )
                  Plaintiff,            )
13                                      )
          v.                            )
14                                      )
   MICHAEL CHERTOFF, Secretary,         )  JOINT REQUEST TO BE EXEMPT FROM
15 Department of Homeland Security; EMILIO ) FORMAL ADR PROCESS
   T. GONZALEZ, Director, Citizenship and )
16 Immigration Services; ROSEMARY       )
   MELVILLE, District Director; FRANK   )
17 SICILIANO, Field Office Director;    )
   ROBERT S. MUELLER, Director, Federal )
18 Bureau of Investigation,             )
                                        )
19                Defendants.           )
                                        )
20

21      Each of the undersigned certifies that he or she has read either the handbook entitled
22 "Dispute Resolution Procedures in the Northern District of California," or the specified portions of
23 the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute
24 resolution options provided by the court and private entities, and considered whether this case might
25 benefit from any of them.
26      Here, the parties agree that referral to a formal ADR process will not be beneficial because
27 this mandamus action is limited to Plaintiff's request that this Court compel Defendants to
28 adjudicate the application for adjustment of status. Given the substance of the action and the lack

JOINT REQUEST TO BE EXEMPT FROM ADR
C 07-3428 HRL

of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources.   Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: September 11, 2007         Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


          /s/
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants


Dated: September 11, 2007                 /s/
EDWARD R. LITWIN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date: _____
HOWARD R. LLOYD
United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

JOINT REQUEST TO BE EXEMPT FROM ADR
C 07-3428 HRL                    2