1 | SCOTT N. SCHOOLS (SC 9990)
United States Attorney
2 | JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 | MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
6 | Telephone: (415) 436-6730
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RUSLAN V. BELKIN, ) | No. C 07-3428 HRL |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MICHAEL CHERTOFF, Secretary, ) | STIPULATION TO DISMISS AND |
| Department of Homeland Security; EMILIO ) | [PROPOSED] ORDER |
| T. GONZALEZ, Director, Citizenship and ) | |
| Immigration Services; ROSEMARY ) | |
| MELVILLE, District Director; FRANK ) | |
| SICILIANO, Field Office Director; ) | |
| ROBERT S. MUELLER, Director, Federal ) | |
| Bureau of Investigation, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

//

///

///

JOINT DISMISSAL
C 07-3428 HRL

1  Each of the parties shall bear their own costs and fees.

2

3  Dated: September 21, 2007                    Respectfully submitted,

4                                               SCOTT N. SCHOOLS
                                                United States Attorney
5

6
                                                _____/s/_____
7                                               MELANIE L. PROCTOR[1]
                                                Assistant United States Attorney
8                                               Attorneys for Defendants

9
    Dated: September 20, 2007                   _____/s/_____
10                                              CHRISTINA H. LEE
                                                Attorney for Plaintiffs
11

12                              **ORDER**

13  Pursuant to the stipulation of the parties, IT IS SO ORDERED.

14
    Dated:                                      _____
15                                               HOWARD R. LLOYD
                                                 United States Magistrate Judge
16

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

JOINT DISMISSAL
C 07-3428 HRL                           2