1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov                    *E-FILED: 9/28/07*
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                            UNITED STATES DISTRICT COURT
9
                           NORTHERN DISTRICT OF CALIFORNIA
10
                                    SAN JOSE DIVISION
11
   RUSLAN V. BELKIN,                    )      No. C 07-3428 HRL
12                                      )
                  Plaintiff,            )
13                                      )
           v.                           )
14                                      )
   MICHAEL CHERTOFF, Secretary,         )      STIPULATION TO DISMISS AND
15 Department of Homeland Security; EMILIO )   [PROPOSED] ORDER
   T. GONZALEZ, Director, Citizenship and )
16 Immigration Services; ROSEMARY       )
   MELVILLE, District Director; FRANK   )
17 SICILIANO, Field Office Director;    )
   ROBERT S. MUELLER, Director, Federal )
18 Bureau of Investigation,             )
                                        )
19                Defendants.           )
                                        )
20

21     Plaintiff, by and through his attorney of record, and Defendants, by and through their

22 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-

23 entitled action without prejudice in light of the fact that the United States Citizenship and

24 Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and

25 agrees to do so within 30 days of the dismissal of this action.

26 //

27 ///

28 ///

JOINT DISMISSAL
C 07-3428 HRL

1 | Each of the parties shall bear their own costs and fees.

3 | Dated: September 21, 2007                    Respectfully submitted,

4 | SCOTT N. SCHOOLS
United States Attorney

7 | /s/
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

9 | Dated: September 20, 2007                    /s/
CHRISTINA H. LEE
Attorney for Plaintiffs

**ORDER**

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

Dated:   September 28, 2007

HOWARD R. LLOYD
United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

JOINT DISMISSAL
C 07-3428 HRL                              2